```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0089--CR (RRB)
                 "USA V ROBERT W. LERVAAG ET AL"
                   DEF 1.1 LERVAAG, ROBERT W.
```

Including terminated defendants, excluding terminated counsel

```
     Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
    Magistrate Judge:  The Honorable Terrance W. Hall, U.S. Magistrate Judge
              Filed:  09/21/05
             Closed:  NO
  No. of Defendants:  2
      MJ Case Number:
                AKA:
    Location status:  Released on Bond
         Trial date:  01/03/06
         Terminated:  NO
  Needs interpreter:  NO
   Counsel of record: Sue Ellen Tatter
                     Federal Public Defender
                     550 W. 7th Avenue, Suite 1600
                     Anchorage, AK 99501
                     907-646-3400
                     FAX 907-646-3480
                     Serve: YES
                      Type: FPD
                      Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Karen L. Loeffler
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513-7567
                   907-271-5071
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial
```

Counts re: DEF 1.1 LERVAAG, ROBERT W.

| Document   | Count | Citation and Description                      | Disposition |
|------------|-------|------------------------------------------------|-------------|
| 1 - 1 IND  | 1     | 18:1344(2) BANK FRAUD (F)                      | Pending     |
| 1 - 1 IND  | 2     | 18:1344(2) BANK FRAUD (F)                      | Pending     |
| 1 - 1 IND  | 3     | 18:1344(2) BANK FRAUD (F)                      | Pending     |
| 1 - 1 IND  | 4     | 18:1344(2) BANK FRAUD (F)                      | Pending     |
| 1 - 1 IND  | 5     | 18:1344(2) BANK FRAUD (F)                      | Pending     |
| 1 - 1 IND  | 6     | 18:1344(2) BANK FRAUD (F)                      | Pending     |
| 1 - 1 IND  | 7     | 18:1014 FALSE STATEMENTS TO INFLUENCE BANK (F) | Pending     |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0089--CR (RRB)
                             "USA V ROBERT W. LERVAAG ET AL"
                                DEF 1.1 LERVAAG, ROBERT W.

                  Including terminated defendants, excluding terminated counsel


   1 -    1 IND     8         18:1014 FALSE STATEMENTS TO INFLUENCE BANK (F)        Pending

   1 -    1 IND     9         18:1014 FALSE STATEMENTS TO INFLUENCE BANK (F)        Pending

   1 -    1 IND    10         18:1014 FALSE STATEMETNS TO INFLUENCE BANK (F)        Pending

   1 -    1 IND    11         18:1014 FALSE STATEMENTS TO INFLUENCE BANK (F)        Pending

   1 -    1 IND    12         18:1014 FALSE STATEMENTS TO INFLUENCE BANK (F)        Pending
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
               CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0089--CR (RRB)
                            "USA V ROBERT W. LERVAAG ET AL"
                              DEF 2.1 FRAZE, RONALD H.

              Including terminated defendants, excluding terminated counsel


   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge: The Honorable Terrance W. Hall, U.S. Magistrate Judge
             Filed: 09/21/05
            Closed: NO
No. of Defendants: 2
    MJ Case Number:
               AKA:
   Location status: Released on Bond
        Trial date: 01/03/06
        Terminated: NO
 Needs interpreter: NO
 Counsel of record: Ronald A. Offret
                   Aglietti & Offret
                   733 W. 4th Avenue, Suite 206
                   Anchorage, AK 99501
                   907-279-8657
                   FAX 907-279-5534
                   Serve: YES
                    Type: CJA
                    Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record:  Karen L. Loeffler
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513-7567
                    907-271-5071
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial



Counts re: DEF 2.1 FRAZE, RONALD H.

Document             Count    Citation and Description                             Disposition
─────────            ─────    ────────────────────────                             ───────────
    1 -    1 IND       1      18:1344(2) BANK FRAUD (F)                            Pending

    1 -    1 IND       2      18:1344(2) BANK FRAUD (F)                            Pending

    1 -    1 IND       3      18:1344(2) BANK FRAUD (F)                            Pending

    1 -    1 IND       4      18:1344(2) BANK FRAUD (F)                            Pending

    1 -    1 IND       5      18:1344(2) BANK FRAUD (F)                            Pending

    1 -    1 IND       6      18:1344(2) BANK FRAUD (F)                            Pending

    1 -    1 IND       7      18:1014 FALSE STATEMENTS TO INFLUENCE BANK (F)       Pending
```

Case 3:05-cr-00089-RRB    Document 26    Filed 09/21/2005    Page 4 of 6

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0089--CR (RRB)
"USA V ROBERT W. LERVAAG ET AL"
DEF 2.1 FRAZE, RONALD H.

Including terminated defendants, excluding terminated counsel

```
1 -    1 IND    8         18:1014 FALSE STATEMENTS TO INFLUENCE BANK (F)      Pending

1 -    1 IND    9         18:1014 FALSE STATEMENTS TO INFLUENCE BANK (F)      Pending

1 -    1 IND   10         18:1014 FALSE STATEMETNS TO INFLUENCE BANK (F)      Pending

1 -    1 IND   11         18:1014 FALSE STATEMENTS TO INFLUENCE BANK (F)      Pending

1 -    1 IND   12         18:1014 FALSE STATEMENTS TO INFLUENCE BANK (F)      Pending
```

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A05-0089--CR (RRB)
             "USA V ROBERT W. LERVAAG ET AL"

                    For all filing dates


  Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
 Magistrate Judge:  The Honorable Terrance W. Hall, U.S. Magistrate Judge
            Filed: 09/21/05
           Closed: NO
No. of Defendants: 2


Document #   Filed      Docket text
──────────   ────────   ─────────────────────────────────────────────────────

     1 - 1  09/21/05   [Re: DEF 1-2] PLF 1 Indictment.

     2 - 1  09/21/05   [Re: DEF 1-2] JDR Grand Jury Minutes; Bail set at OR.
                       Summons to be issued.  Set for arraignment and notify USM.

  NOTE - 1  09/22/05   Issued: Summons re D1 & D2.

     3 - 1  09/22/05   [Re: DEF 1] JDR Minute Order arraignment set for 11/4/05
                       at 9:30 a.m. in Courtroom #6.  cc: AUSA, USM, USPO,
                       DEF W/USM CY, MJ ROBERTS

     4 - 1  09/22/05   [Re: DEF 2] JDR Minute Order arraignment set for 11/4/05
                       at 10:00 a.m. in Courtroom #6.  cc: AUSA, USM, USPO,
                       DEF W/USM CY

     5 - 1  10/14/05   USM Return of svc on summons re: DEF 1 executed on 10/06/05.

     6 - 1  10/14/05   USM Return of svc on summons re: DEF 2 executed on 10/06/05.

     7 - 1  10/20/05   [Re: DEF 1-2] JDR Minute Order of recusal; referral is
                       reeassigned to MJ Hall; Arr presently set for 11/4/05 at
                       9:30 a.m. and 10:00 a.m.; at Anch will be before MJ Hall.
                       cc: USA, USM, USPO, MJ Hall, Judge Beistline

  NOTE - 2  10/28/05   Notation: Proposed trial date setting for arraignment
                       forwarded to chambers.

     8 - 1  11/04/05   [Re: DEF 2] TWH Order of Personal Recognizance.  cc: USA,
                       R. Ofret, USM, USPO

     9 - 1  11/04/05   [Re: DEF 2] TWH Court Minutes [ECR: Elisa Singleton] re
                       Argn on Indt (held 11/4/05); not guilty plea to cts 1 -12
                       of Indt; FPD to appt CJA cnsl; bond set at O/R; PTM due
                       12/2/05; deft to be processed by USMS.
                       cc: USA, R. Offret, USM, USPO, Judge Beistline

    10 - 1  11/04/05   [Re: DEF 1] TWH Court Minutes [ECR: Elisa Singleton] re
                       Argn on Indt (held 11/4/05); not guilty plea to cts 1-12
                       of Indt; S. Tatter accepted appointment; Bond set O/R;
                       PTM due 12/2/05; deft to surrender passport to USPO;
                       deft to be processed by USM.  cc: USA, FPD, USM, USPO,
                       Judge Beistline

    11 - 1  11/04/05   [Re: DEF 1] TWH Order of Personal Recognizance.  cc: USA,
                       FPD, USM, USPO

    12 - 1  11/04/05   [Re: DEF 1] Financial Affidavit.

    13 - 1  11/04/05   [Re: DEF 2] Financial Affidavit.

    14 - 1  11/04/05   [Re: DEF 1] TWH Order regarding preparation for trial;
                       meet and confer by 11/21/05; pretrial motions due by
                       Dec. 2, 2005.  cc: USA, FPD
```

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CRIMINAL DOCKET ENTRIES FOR CASE A05-0089--CR (RRB)
                              "USA V ROBERT W. LERVAAG ET AL"

                                     For all filing dates


Document #    Filed       Docket text

    15 -  1   11/04/05    [Re: DEF 1] Order setting conditions of release.  cc: USA, FPD, USM,
                          USPO

    16 -  1   11/04/05    [Re: DEF 2] Order setting conditions of release.  cc: USA, R. Offret,
                          USM, USPO

    17 -  1   11/04/05    [Re: DEF 2] TWH Order regarding preparation for trial; meet and confer
                          by 11/21/05; pretrial motions due 12/2/05.  cc: USA, R. Offret

    18 -  1   11/04/05    DEF 1 Attorney Appearance of S. Tatter (FPD).

    19 -  1   11/07/05    [Re: DEF 1-2] RRB Minute Order setting trial by jury for 1/3/06 at 8:30
                          a.m. and Final PT Conf for 12/28/05 at 8:45 a.m. in Courtroom #2 . cc:
                          AUSA, FPD, R. OFFRET, USM, USPO, JC, MJ HALL

    20 -  1   11/07/05    [Re: DEF 2] CJA appointment of R. Offret.

    21 -  1   11/14/05    DEF 1 Unopposed motion for scheduling conference.

    22 -  1   11/14/05    DEF 2 Attorney Appearance of R. Offret.

    23 -  1   11/21/05    [Re: DEF 1-2] TWH Minute Order granting unopposed motion for scheduling
                          conference (21-1). Parties may appear telephonically by calling
                          meet-me-bridge B for 11/22/05 hearing at 2:00 p.m. cc: cnsl/parties
                          contacted by md

    24 -  1   11/22/05    [Re: DEF 1] Clerk's Notice re receipt of passport #072553151 in the name
                          of Robert William Lervaag.  cc:  USA, FPD, USM, USPO, Finance w/passport

    25 -  1   11/28/05    [Re: DEF 1-2] TWH Court Minutes [Misty Davenport] from Scheduling
                          Conference hedl 11/23/05: new dates and deadlines given. cc: Loeffler,
                          tatter, Offret, FPO, USM

    26 -  1   11/28/05    [Re: DEF 1-2] TWH Scheduling Order continuing deadlines as follows:
                          discovery 01/10/06, PTM's due 02/10/06, opposition to PTM's due
                          02/28/06, R7r to be issued by 03/13/06. cc: Loeffler, Tatter, Offret,
                          FPO, USM
```