DEC-16-2005 05:31 PM     P.04/04
DEC 16 2005 7:28AM     HP LASERJET 3200        6776264           P.4

LODGED

DEC 1 4 2005

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. A05-089 CR (RRB) <br> ) <br> ) <br> ) |
| Plaintiff, | ) ORDER <br> ) |
| vs. | ) <br> ) |
| ROBERT W. LERVAAG and <br> RONALD H. FRAZE, | ) <br> ) <br> ) |
| Defendants. | ) |

The joint motion for continuance of trial date is GRANTED.
A trial date setting conference is hereby set for ~~trial date will be continued to~~ 12/28/05 at 8:45am in Courtroom 2.

Dated this 16 day of December, 2005.

RALPH R. BEISTLINE
U.S. District Court Judge

DEC-16-2005 06:28PM   FAX:                    ID:                    PAGE:004   R=94%