Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ROBERT WILLIAM LERVAAG (D-1) and<br>RONALD H. FRAZE (D-2),<br><br>    Defendants. | Case No. 3:05-cr-00089-01-RRB<br><br>**MOTION FOR CONTINUANCE OF TRIAL** |

The defendant, ROBERT WILLIAM LERVAAG (D-1), through counsel, moves this court to continue the trial scheduled in this matter from the present date of May 8, 2006, until a later date consistent with availability of the court and counsel. This motion is based on the attached affidavit of counsel.

Assistant United States Attorney Karen Loeffler and Ron Offret, attorney for Donald Fraze (D-2), do not oppose this motion.

DATED this 20th day of April, 2006.

Respectfully submitted,

s/Sue Ellen Tatter
Assistant Federal Defender
601 West 5th Avenue, Suite 800
Anchorage, AK 99501
Phone:      907-646-3400
Fax:        907-646-3480
E-Mail:     sue_ellen_tatter@fd.org

Certification:
I certify that on April 20, 2006,
a copy of the foregoing document,
with attachments, was served electronically on:

Karen Loeffler
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

Ronald A. Offert, Esq.
733 West 4th Avenue, Suite 206
Anchorage, AK 99501

s/Sue Ellen Tatter