UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ROBERT WILLIAM LERVAAG (D-1) and RONALD H. FRAZE (D-2),<br><br>    Defendants. | Case No. 3:05-cr-00089-01-RRB<br><br>**PROPOSED ORDER CONTINUING TRIAL DATE** |

After due consideration of the Motion for Continuance of Trial, the motion is GRANTED/DENIED. Trial in this matter scheduled for May 8, 2006, is hereby rescheduled to _____, 2006, at _____ a.m. A final pretrial conference shall be held on _____, 2006, at _____ a.m.

DATED this ____ day of _____ 2006.

_____
RALPH R. BEISTLINE
U.S. DISTRICT JUDGE