Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant


UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 3:05-cr-00089-01-RRB |
| vs. | |
| ROBERT WILLIAM LERVAAG (D-1) and RONALD H. FRAZE (D-2), | **AFFIDAVIT OF COUNSEL** |
| Defendants. | |

STATE OF ALASKA

THIRD JUDICIAL DISTRICT                ss:

        Sue Ellen Tatter, being first duly sworn upon oath, deposes and states:

        1.    I am the attorney for Robert William Lervaag, in the above-captioned case.

        2.    I have been discussing the case with Assistant United States Attorney Karen Loeffler.  My client and I have been requesting particular documents which are voluminous and potentially exonerating or mitigating of the loss amount.  The government did locate the 1999 accounts receivable transaction reports, which have

assisted us greatly. The government has not as yet received the 2000 accounts receivable transaction reports, which are necessary to our review before deciding whether to plea or go to trial.

3.      These documents were used by various parties in an arbitration and may be in a particular storage area. An assistant at the corporation is trying to locate them now. However, to date the documents have been difficult to locate. This situation, in affiant's opinion, is not the fault of any particular person but a common problem in cases involving numerous documents, numerous attorneys, and several tribunals.

4.      Attorneys for the United States and Mr. Fraze told me personally they had no objections to this motion. Ms. Loeffler is unable to try this case in June the week of the 24th. I am unable to try it for the weeks of June 12 and June 19. Mr. Offret has other obligations the weeks of July 3, 10, and 17 because of a state murder trial.

5.      Both defendants are out on bail and have been complying with conditions. On information and belief, they are both working full time and making large monthly payments to the corporation in accordance with the arbitrator's award.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

*Sue Ellen Tatter*

Sue Ellen Tatter


SUBSCRIBED AND SWORN to before me this 20th day of April, 2006.

STATE OF ALASKA
NOTARY PUBLIC
Lenora L. Roehling
My Commission Expires: March 14, 2007

*Lenora L. Roehling*
Notary Public in and for Alaska
My Commission Expires: 3/14/2007

*United States v. Robert William Lervaag*
Case No. 3:05-cr-00089-01-RRB                                                     Page 2