## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

_USA_  v.  _LERVAAG and FRAZE_

DATE:  _April 24, 2006_     CASE NO.  _3:05-CR-0089-RRB_

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:  **MINUTE ORDER FROM CHAMBERS
RE MOTION FOR CONTINUANCE**

========================================================

      Defendant Lervaag's unopposed Motion for Continuance of Trial (Docket 36) will be addressed at the final pretrial conference on **Tuesday, May 2, 2006,** at **9:00 a.m.**, in Courtroom 2 in Anchorage, Alaska.