Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ROBERT WILLIAM LERVAAG (D-1) and<br>RONALD H. FRAZE (D-2),<br><br>    Defendants. | NO. 3:05-cr-00089-01-RRB<br><br>**NOTICE OF INTENT TO CHANGE PLEA** |

The defendant, ROBERT WILLIAM LERVAAG (D-1), through counsel, hereby gives notice of his intent to change his plea to Counts 7-12 of the Indictment. The defense and the prosecution have some agreements, such as dismissal of Counts 1-6 and the range of "intended loss," which will be presented at the change of plea.

The defense requests a time for a change of plea hearing convenient to the court and counsel before August 7, 2006. Counsel for Robert Lervaag must be in Juneau August 3.

DATED this 28th day of July 2006.

Respectfully submitted,

s/Sue Ellen Tatter
Assistant Federal Defender
601 West 5th Avenue, Suite 800
Anchorage, AK 99501
Phone:     907-646-3400
Fax:         907-646-3480
E-Mail:    sue_ellen_tatter@fd.org

Certification:
I certify that on July 28, 2006,
a copy of the **Notice of Intent to Change Plea** was served electronically on:

Karen Loeffler
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

Ronald A. Offert, Esq.
733 West 4th Avenue, Suite 206
Anchorage, AK 99501

and a copy was hand delivered to:

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

s/Sue Ellen Tatter