UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


  USA   v.   ROBERT WILLIAM LERVAAG

DATE:   August 1, 2006        CASE NO.    3:05-CR-0089-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
               **SCHEDULING HEARING**

---

Defendant has filed a Notice of Intent to Change Plea (Docket 40).  A change of plea hearing will be held on **Monday, August 7, 2006, at 9:00 a.m.**, in Courtroom 2 in Anchorage, Alaska.

M.O. SCHEDULING HEARING