| | MONDAY | TUESDAY | WED. | THUR. | FRIDAY | | Credits | Weekly Total |
|---|---|---|---|---|---|---|---|---|
| Week 44 | | | | | | Weekly Total | | |
| 9/9/2006 | $58,891.42 | $22,678.54 | $5,354.70 | $0.00 | $2,321.23 | $89,245.89 | $7,488.34 | $81,757.55 |
| # of T/C's | 88 | 34 | 14 | 0 | 5 | | | |
| Ave. Emp. Bill | $669.22 | $667.02 | $382.48 | #DIV/0! | $464.25 | | | |
| RT Pay HRS | 2628.00 | 837.75 | 282.50 | 0.00 | 112.00 | | | |
| OT Pay HRS | 220.50 | 103.50 | 31.25 | 0.00 | 8.00 | | | |
| Ave. Hourly Bill | $20.67 | $24.09 | $17.07 | #DIV/0! | $19.34 | | | |
| Credits | $0.00 | $7,488.34 | $0.00 | $0.00 | $0.00 | | | |
| | | | | | | | | |
| Week 45 | | | | | | | | |
| 9/16/2006 | $76,860.98 | $15,392.84 | $3,245.49 | $3,757.71 | $1,014.10 | $100,271.12 | $8,749.87 | $91,521.25 |
| # of T/C's | 112 | 28 | 9 | 8 | 3 | | | |
| Ave. Emp. Bill | $686.26 | $549.74 | $360.61 | $469.71 | $338.03 | | | |
| RT HRS | 3413.00 | 525.75 | 184.50 | 166.00 | 68.25 | | | |
| OT HRS | 268.00 | 45.50 | 6.75 | 23.25 | 0.00 | | | |
| Ave. Hourly Bill | $20.88 | $26.95 | $16.97 | $19.86 | $14.86 | | | |
| Credits | $2,252.99 | $6,496.88 | $0.00 | | $0.00 | | | |
| | | | | | | | | |
| Week 46 | | | | | | | | |
| 9/23/2006 | $60,008.86 | $12,011.79 | $4,448.58 | $2,326.10 | $0.00 | $78,795.33 | $361.71 | $78,433.62 |
| # of T/C's | 95 | 22 | 13 | 7 | 0 | | | |
| Ave. Emp. Bill | $631.67 | $545.99 | $342.20 | $332.30 | #DIV/0! | | | |
| RT HRS | 3015.25 | 533.75 | 280.25 | 109.25 | 0.00 | | | |
| OT HRS | 124 | 52 | 9.25 | 28.25 | 0.00 | | | |
| Ave. Hourly Bill | $19.12 | $20.51 | $15.37 | $16.92 | #DIV/0! | | | |
| Credits | $0.00 | $361.71 | $0.00 | $0.00 | | | | |
| | | | | | | | | |
| Week 47 | | | | | | | | |
| 9/30/2006 | $69,599.75 | $15,023.12 | $1,076.67 | $1,765.37 | $7,899.91 | $95,364.82 | $0.00 | $95,364.82 |
| # of T/C's | 114 | 25 | 2 | 4 | 13 | | | |
| Ave. Bill | $610.52 | $600.92 | $538.34 | $441.34 | $607.69 | | | |
| RT HRS | 3484.25 | 694.50 | 53.00 | 76.5 | 302.25 | | | |
| OT HRS | 147.25 | 47.75 | 4.00 | 16 | 17.50 | | | |
| Ave. Hourly Bill | $19.17 | $20.24 | $18.89 | $19.09 | $24.71 | | | |
| Credits | $0.00 | $0.00 | $0.00 | $0.00 | | | | |
| | | | | | | | Total: | $347,077.24 |

I, Leslie Richardson prepare this report everyday, and certify that it is an accurate listing of timecards received and the amount of hours billed each week.

*Leslie Richardson*
*Leslie Richardson*

The average # of employees for Sept 2006 was 149 per week.

Exhibit A - Page 1 of 1