# Chugach Alaska Corporation

**CHECK REQUEST**

REASON FOR REQUEST: _Paydown CNB LOC._

AMOUNT: $ _900,000_   ACCOUNT CODE: _833-051_   60.50   * RC to 835.046
                                                          60.40
                                                          B 5.2

PAY TO: _KeyBank_   DUE: _5.1.01_   A. Astle
VENDOR #: _____

DELIVER TO: _Angie_   DELIVERED BY: _____
                     DATE: _____

PREPARED BY: _A. Astle_   DATE: _5.1.01_
REVIEWED BY: _____   DATE: _____
APPROVED BY: _[signature]_   DATE: _5/1/01_

PREPARED BY: _Val_
POSTED TO: _5-01_
DATE: _5-2-01_

ok for manual
ck 5.2.01 /A. Astle

20172

## CNTS - Payment on LOC
Analysis

| | | | | |
|---|---|---|---|---|
| LOC Borrowing | | 2,727,040.54 | | |
| Borrowing Base | | 1,840,892.00 | | |
| LOC over | | 886,148.54 | | |
| | | | | |
| Net payroll cks | 04/27/2001 | 323,950.00 | | |
| | | (231,324.19) | | |
| | | (39,662.87) | | |
| | outstanding | 52,962.94 | | |
| | | | | |
| Float | | 426,374.00 | | |
| Avg A/P run | | 35,000.00 | | |

| | Scenario 1<br>Pay $800,000 | Scenario 1<br>Pay $900,000 | Scenario 1<br>Pay $1,000,000 |
|---|---|---|---|
| LOC over | (886,148.54) | (886,148.54) | (886,148.54) |
| Float | 426,374.00 | 426,374.00 | 426,374.00 |
| O/S Payroll cks | (52,962.94) | (52,962.94) | (52,962.94) |
| | (512,737.48) | (512,737.48) | (512,737.48) |
| LOC payment | 800,000.00 | 900,000.00 | 1,000,000.00 |
| Excess | 287,262.52 | 387,262.52 | 487,262.52 |

20173

Exhibit B - Page 2 of 2