

| | Invoices which are not supported as of 12/31/00 | | |
|---|---|---|---|
| **CNTS AGING FOR ALYESKA** | | | |
| Reconciliation | 324 Alyeska | 130630 | 19,463.81 |
| CNTS  1,464,535.81 | | 130632 | 16,754.07 |
| Sub Receipts  (1,316,708.37) | | 130633 | 13,671.10 |
| Open Items  (29,206.41) | | 130634 | 10,111.02 |
| Misc Old Items  (12,764.76) | | 130635 | 18,416.32 |
| Recalc balance  105,856.27 | | 130637 | 21,853.68 |
| | | 131175 | 5,000.00 |
| Items not supported  105,270.00 | | | 105,270.00 |
| Difference  586.27  PI | | | |
| | 815 ECCO | 122000 | 95,000.00  Not known |
| | | 122100 | 95,000.00  Not known |
| | | 131169 | 10,000.00  Fed Express |
| | | 131170 | 10,000.00  Fed Express |
| | | 131171 | 10,000.00  Fed Express |
| | | 131172 | 10,000.00  Fed Express |
| | | 131173 | 5,000.00  Fed Express |
| | | 131174 | 5,000.00  Fed Express |
| | | 131176 | 5,000.00  Fed Express |
| | | 131177 | 10,000.00  Fed Express |
| | | | 255,000.00 |
| | 962 HELP Staffing Services | 122000 | 298,793.41 |
| | **Total of unsupported invoices** | | **659,063.41** |



Exhibit C - Page 1 of 1