1. **Accounts receivable scheme.** Lervaag made false entries on the accounts receivable ledger for CNTS, to inflate the listed receivables. The ledger was used by CNTS's lender to compute the line of credit available to CNTS. Lervaag and Fraze at the hearing conceded that falsifying the accounts receivable ledger provided CNTS with the extra cash from the line of credit necessary for them to "loot" the joint venture as they did. After CDC completed its audit of the joint venture for the year 2000, CDC met with representatives of Key Bank. CDC was required to pay down the line of credit by over $702,000 to bring the credit line back in conformity with the funding formula.

2. **Lervaag and Fraze Entities.** Lervaag and Fraze set up with a third party, David Stark, an Alaska limited liability company known as Datapro LLC. Lervaag and Fraze caused CNTS to provide services to Datapro for which Datapro has never paid CNTS. Lervaag, Fraze, David Stark and Jaime Hildalgo set up another Alaska limited liability company, Sytec LLC. As with Datapro, Lervaag and Fraze caused CNTS to provide services to Sytec for which Sytec has never paid CNTS.