Erik Lervaag
876 Dupont St NE
Palm Bay, FL 32907

October 9, 2006

Honorable Judge Ralph Beistline
Anchorage, AK

Your Honor:

My name is Erik Lervaag and I am the oldest son of Robert Lervaag, a defendant before you. My father has been a hard working productive member of the Anchorage community for nearly forty years. With my mom he raised three sons to also become productive members of our communities. Through almost fifty years of marriage and all my life he has been a family oriented man, someone to offer advice and help to anyone in our extended family who asks. Advice maybe given too freely for a teenage boys taste but none the less he was always there when needed. He encouraged me to return to college and helped financially to do just that. His work ethic, honesty and the plain decency with which he treats all people are some of his traits I try to emulate.

Never in trouble with the law, it is painful to see him now plead guilty to a felony to stop the hounding that has made my parents lives (and by extension our lives) miserable. After the financial problems the previous civil judgment caused are finally coming to a close, and half a dozen years after the original claims of a fraud, to be indicted and accused again, this time criminally, is quite a blow. My mother is so overcome now by the anxiety and stress caused by this new situation she has had to start medication. I'm saddened but not surprised that Dad feels the best solution seems to be pleading guilty to get this over with.

To be stigmatized now, near the end of his career, as a felon, as a dishonest person, has got to hurt a man like my dad more than you may imagine He has always prided himself on his fair and honest treatment of everyone. I have never seen or heard of him taking advantage of someone in my life. Prison time will certainly hurt my father too. He's not as healthy as he would have people believe. I know prison is meant as a punishment but my parents have suffered out of proportion to the crime both financially and health wise these last few years, please don't add prison to their burden.

Respectfully,

Erik Lervaag

To Whom It May Concern :


I am writing this letter on behalf of my father Robert W. Lervaag.
My name is Nathan R. Lervaag and I am his middle son.
I have always known my father to be an honest , moral and upstanding
Citizen. He has always been there for our extended families and past and
Current employees of his various businesses.
These past several years both my mother and my father have been affected
Mentally and physically by these ongoing lawsuits to the point that their
Health has started to decline drastically.
I love my parents a great deal and I do not wish to see them suffer any
Longer.
I would ask on behalf of my family and the many friends and employees
That rely on my father , to take these considerations to mind.


Respectfully Submitted:
Nathan R. Lervaag

To the Honorable Ralph Beistline:

I, Andrew Lervaag, am writing this as a character reference for Robert W. Lervaag, who has been a true dad all the 44 years of my life.  I have been a husband for 12 years, and I am a father of an eight-year-old boy and a five-year-old girl.  I am proud of my wife, who is a homemaker, and my children, who attend Grace Christian School.  My family and the responsibility of providing for them is the most important thing that I do, family values I learned from my dad.

I've always admired my dad for the core values that he taught my brothers and me.  Honesty, integrity, responsibility are things that I don't really think about--they are just a part of me.  When I look around at this world and realize how different so many people think, I am so thankful that my dad instilled such high standards in his kids.  Being led by example, we were taught to respect others, especially those in authority, work hard, tell the truth, and toe the line.  (In 44 years I have yet to backtalk my mom or dad.)

And now it's time for my dad to pass on grandfatherly wisdom to his grandchildren.  I had my time with him and it's so upsetting that my kids cannot.  The cloud of persecution has taken such a toll on my dad and mom, their health and stamina has been so affected, and the entire family suffers with them.  He is a wonderful grandfather and our kids are always excited to see him, but I think he doesn't want to be around if he is feeling down.  Our kids are being punished by not being able to fully enjoy their grandfather and grandmother.

The health of both him and my mom and years of family enjoyment have been taken from this man.  He's been financially devastated, had his name drug through the mud, and still I'm astonished at the character and resolve he shows.  Hasn't he suffered enough?

Andrew Lervaag
10/08/06

Oct. 8, 2006

The Honorable Ralph Beistline

We have known Bob and Joan Lerway and their family for 38 yrs. Bob has always been a hard working and dependable person of impeccable character.

He has been a good friend to all of their friends and has helped their friends in times of need. He has always been there for them.

Bob's family has always been very important to him. They are always visiting back and forth for family functions. He has always taken very good care of them, and he loves them very much.

This has been very hard on his whole family. Especially on his wife Joan, who has suffered greatly over this for the past 7 yrs.

Sincerely,
Ellet L. Seavey. Jr
Sandra Seavey

Bonnie Lervaag
876 Dupont Street, NE
Palm Bay, Florida  32907


October 9, 2006


To whom it may concern:


My name is Bonnie Lervaag.  I am Robert Lervaag's daughter-in-law through marriage to his eldest son, Erik.  I am a Business Consultant for IBM and have spent the last three and a half years on an assignment working for Goldman Sachs' Compliance groups in their New York and London offices.  I graduated from both undergraduate and graduate school with highest honors and am a high achiever at work.  I give my very best effort at work, as I try to do in all areas of my life, including being a mother to three beautiful boys: 8-1/2, almost 7 and 4.  Whether I am always successful is debatable, but I care and I try!

I tell you this about myself because I have known Robert for 21 years and believe we approach life in a very similar manner.  Robert is a hard working man with a strong internal moral compass who is not tolerant of mistakes of judgement or action in either himself or others.  While this may have caused some strife in his family, this is not to say he is not compassionate or is unkind to others; more, it is to say that no-one could care more about taking the right actions for the right reasons and for judging himself on those terms.

It is hard to recall specific circumstances over 21 years, but I can clearly see Bob captured in the following moments: bending down to pick up a can that dropped off of someone's grocery cart in the Costco parking lot, despite the pain in his hips and knees; giving some young kid at a cash register the right change even though the kid's math was wrong and he charged Bob less than he should have; getting his shoes and pants muddy helping a fellow traveller dig their car out of a rut in the road and then wishing them well; making sure that his staff and obligations were paid before paying himself.  He is not a man to ever take the easy way out or make a decision that would diminish himself in his own or in anyone else's eyes.

He may not always be an easy man to live with, but he has a good heart, has never shrugged off hard work and is someone whom I believe has the highest integrity.


Sincerely,

*Bonnie A Lervaag*

Bonnie A Lervaag

October 8, 2006


To:    The Honorable Ralph Beistline
From:  Mrs. Jane A Hines


Sir:

I have known Robert (Bob) Lervaag for fifty years. He caught my twin sister Joan's eye when we were all freshman at Augustana College in Sioux Falls, South Dakota.

Joan and Bob have raised three wonderful sons, now fathers themselves. Bob is a devoted husband, father, grandfather and second father to my three children. Bob has instilled a strong work ethic in "our" children. He is an encouraging, honest, and generous man.

Bob was a loving son-in-law to my deceased Mother. He did his best to see she had all that she needed, including trips to Alaska, taking care of her credit cards, phone bills (in order to call her grand boys), utility bills and special meals out. He also did the same for his parents.

Bob is also very generous with his time and talents, showing his children and grandchildren how to bait a fishhook , photographing a beautiful flower, building a castle in the sand or teaching the wonders of the mountains, glaciers, tides of the sea, the animals and fish especially to the families of flat, dry South Dakota and Minnesota.

Bob is very generous in sharing fresh salmon, halibut and king crab with his friends. The Sisters of St. Benedict at Queen of Peace Hospital are often recipients of "care packages".

I have personally been along with the Lervaags with Bob bringing a homeless person to dine with us at the "White Spot". Bob always saw to it that gift vouchers were given to that person for a week or two for meals. Bob is very special to me, my family and the community.

Thank you for considering my impressions of my brother-in-law, Robert Lervaag.

Sincerely,

Jane A. Hines

To Whom It May Concern:

I am writing this letter on behalf of my father in law Robert Lervaag. I am
married to his middle son Nathan. Between us we have four children.
Brittany 22, Sydney 18 (his), Mackenzie 14 (mine), and Jack 2 (ours). As the
newest members of the Lervaag family my daughter and I were welcomed
warmly. Bob and his wife Joan went out of their way to make Mackenzie
feel comfortable, and treat her as if she were their own grandchild. Grandpa
Bob's Sunday outings are a source of excitement for all of his grandkids.
As the head of this family Bob is a source of strength for all his children and
grandchildren. His unlimited supply of advice, support, and love help keep
us healthy and happy.
   I am concerned about the effect this situation has had on Bob and this
family. However I am gravely concerned about the effect it has had on Joan
his wife.  Her physical health is not good, and the anxiety attacks brought on
by the years of worry have made it worse. The possibility of Bob being
unable to lend his help and support in the future is terrifying. I am fairly
certain Joan will be unable to continue to live in her own home. Her limited
mobility make the stairs a danger, and living there alone is not a good idea.
   Bob is a wonderful man. As a father, father in law, and grandfather he is
unequaled. I have never found Bob to be anything but fair and honest in all
situations. Working with the public myself, I often meet people who have
been placed in positions by Bob and Westaff. They have nothing but positive
comments to make. On behalf of all of us, family and friends who rely on
Robert Lervaag I am asking you to consider the strength and support he
brings to our lives.
Sincerely,
Heidi J. Heinrich Lervaag

Exhibit E - Page 7 of 12

October 9, 2006

To The Honorable Ralph Beistline,

Thank you for the opportunity to write a few words on behalf of my uncle, Robert W. Lervaag. It is a challenging assignment to express in one page the love and admiration I have for the man who has been a larger-than-life figure in my life. I am in disbelief over the irony that this loving, hard working, adventurous and highly ethical man is having legal and financial difficulties. In the absence of answers let me at least tell you about the man I know as "UB", which is short for Uncle Bob.

I was only a few months old on the blessed and wonderful day that I was adopted into the Hines family. (Jane Hines, my adoptive mother, is UB's wife's twin sister.) After picking me up at the adoption agency, my new parents drove me directly to UB and Aunt Joan's house. From that day on, the Lervaag home became an extension of our own.

While distance has made visits less frequent, UB has shared, in one way or another, every significant event in my life. From cheering me on in sports as a child to attending my wedding as a young woman, UB was there. I remember him sitting through one of my four-hour dance recitals when I was young. Because of his height, I easily saw his proud smile standing above the crowd. I remember him teaching me how to ski in Alaska like it was yesterday. It was just the two of us; a time I will treasure forever. We went to a small hill near his home and skied from morning until evening. In his patient, encouraging and enthusiastic manner, he not only taught me to ski, he taught me to love skiing and the outdoors. I think of him frequently when I teach my and other children to ski.

During other visits to Alaska, I remember waking up early and exploring the beach with UB to see what treasures the tide had left us while we slept. I remember the salmon running into my legs while fishing and UB helping me keep my balance while we both laughed hysterically.

While most of my memories of UB are happy ones, I have looked to him during difficult times as well. When my parents were divorcing, for example, it was UB who provided encouragement and financial assistance. He has a wonderful and loving way of helping people see their potential. When my sister started hanging around with the "wrong crowd" in high school, it was UB who gently guided her in a better direction. It isn't necessarily the words he uses; it is the disciplined, joyful and moral example he sets.

I love UB tremendously. I admire his business and personal accomplishments. I know him as an honest and hardworking businessman, a loving husband, father and uncle who puts other people's needs before his own. I have been deeply blessed to have such a wonderful and positive influence in my life. He has helped me understand the joy and satisfaction of hard work and he has taught me to live life like it's a great and wondrous adventure. If you have a question of this man's moral character, I offer my testimony to you. Mr. Robert W. Lervaag has been my moral beacon my whole life.

Respectfully,

Sally J. Bowen (Hines)

To the Honorable Judge Ralph Beistline:

I am writing this character reference on behalf of my father-in-law, Bob Lervaag, whose youngest son, Andrew Lervaag, has been my husband for 12 years. I have known Bob for almost 15 years, and in that time, Bob has consistently shown that he is an honorable man of integrity in all areas of his life, as a father (father-in-law), grandfather, and husband.

Bob's character is best reflected in the life lessons he taught three his sons: be self- sufficient and responsible, which in turn enables you to take care of others, be respectable and honest, and work hard so that you can take pride in a job well done. These traits describe my father-in-law. All the Lervaag men enjoy working with their hands, fixing, building, and fabricating, so that they can care for their families and generously help a "neighbor." As a father, he is faithful to his family (and his friends). I have never known Bob's actions to be dishonest or deceitful (or even greedy) or for him to do anything to tarnish his good name. As a husband, Bob has always provided for and protected his wife.

Grandpa Bob's character is also exemplified in his relationship with our children, his grandchildren, who are five and eight years old. I appreciate that he wants to spend time with them: picking them up for their individual breakfast dates to visit, making a "dump run," driving around Lake Hood to discuss the different airplanes, fishing at Jewel Lake, or fixing the bikes together. (There's usually a lesson about tools or equipment and the right way to do things too.) He shows up at my son's hockey games and attends the kids' school functions. For gifts, he always chooses an item of quality that they can enjoy or work on together: a first pair of hip boots, a first tackle box, Bob's own old tool chest to build projects, or a moose antler that they discovered together when cleaning Grandpa's garage. These thoughtful, selfless actions show his true character. Unfortunately, Grandma Joan has felt so sickly because of the past year's events and lost much of the joy of these activities with her grandchildren. Perhaps his grandchildren have provided Bob a refuge from the stress of these legal troubles. This is a time in their lives when they should be enjoying their grandchildren.

The effects of these legal charges have been especially devastating for Bob and his family because the allegations (and rumors) are so contrary to Bob's nature. Not only have Bob's integrity and his good name been publicly tainted, but these legal problems have caused a rapid decline in his wife's health (another worry for Bob) and an uncertainty about their financial future as they push closer to seventy years of age. Because of Bob and Joan's close relationship, this experience has been excruciating for both for them, reducing their quality of life, especially after the scathing article in the Anchorage Daily News. Exhaustion from sleeplessness and depression from the worry and injustice have poisoned their lives. For Joan, this stress has manifested itself physically: increased high blood pressure and high blood sugar (diabetes), gastro-intestinal turmoil, and anxiety responses (rapid breathing, increased heart rate, dizziness). She is clearly terrified of what the future holds for her husband and for her. My stoic father-in-law has tried to remain strong and protect her from additional stress, but these legal charges have been debilitating for him as well.

Thank you for considering my opinion.
Kristin M. Kruse

_Kristin M. Kruse_  10/08/06

# MEMORANDUM

**TO:**        Honorable Ralph Beistline

**FROM:**    Sister Jean Juenemann, OSB

**DATE:**     October 9, 2006

**SUBJECT:**   Robert Lervaag

I have known Robert Lervaag for the past 30 years. I have found him to be a wonderful gentleman, respected and loved by his family and friends. He has been so generous and caring to those less fortunate. I would ask you to grant some leniency in his present predicament. He has suffered greatly through the past seven years' ordeal.

Please feel free to contact me if you would like to discuss this further. I can be reached at 952-758-4703. Thank you.

TOTAL P.02

**BENTONVILLE CASTING COMPANY**
*Quality Castings*
PHONE: (479)  273-7723      FAX: (479)  273-0770
MAIN OFFICE & PLANT LOCATION
1019 South East 8ᵗʰ Street
P.O. BOX 1109
BENTONVILLE, ARKANSAS 72712

October 9, 2006

Attn: The Honorable Ralph R. Beistline

RE: Mr. Robert W. Lervaag

Dear Sir;

I am a nephew of Mr. Lervaag. While I do not know all of the circumstances surrounding my uncle's case, I do know quite a lot about his character.

As a young boy, I spent entire summers under his roof. I know him to be a committed family man who is sincere and honest. As I reflect on my 47 year relationship with uncle Bob, I can not recollect a single instance when he refused to help a family member in need. He has truly been a steady hand for those in transition. A bridge for family and friends seeking to start new lives in a new place. He has been a steadfast and sympathetic husband, son, in-law, and uncle in times of loss and illness. He is the beloved father of three and grandfather to seven.

Bob is truly an example of a hard working individual with courage and pioneering spirit. Moving his young wife and family from Minnesota to Alaska via the Alaska Highway in 1968; he carved out a life on the Last Frontier. Well, ok, he's an accountant by trade, but anyone who worked their way through school, saved their money, and was ambitious enough to tow a 50 foot trailer behind a used highway department truck for 3000 miles to better his family's life is truly courageous.

Bob is proud of Alaska and proud of his community. I've never seen him without his Alaska lapel pin during his travels. He is a great ambassador. He has always been a gracious host to my family, in-laws, and friends whenever we visited Alaska.

In closing, I thank you for your consideration, and I hope I've managed to shed light on what I believe to be the true character of my uncle, Bob Lervaag.

Exhibit E - Page 11 of 12

Sincerely,

Christopher D. Hines
Chairman of the Board, Bentonville Acquisition Corporation
President, Bentonville Casting Company
Bentonville, Arkansas