UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

USA   v.   LERVAAG

DATE:   October 12, 2006       CASE NO.   3:05-CR-0089-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
CHANGING TIME FOR HEARING**

---

Due to an ongoing civil trial, the **time** for the sentencing in this matter on **Wednesday, October 18, 2006**, is **changed** from 8:30 a.m. to **8:00 a.m.,** in Courtroom 2 in Anchorage, Alaska.

M.O. CHANGING TIME FOR HEARING