Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT WILLIAM LERVAAG (D-1) and RONALD H. FRAZE (D-2),<br><br>Defendants. | NO. 3:05-cr-00089-01-RRB<br><br>**MOTION FOR BAIL PENDING APPEAL** |

The defendant, ROBERT WILLIAM LERVAAG (D-1), through counsel, hereby requests bail pending sentence appeal to the Ninth Circuit Court of Appeals.  This motion is made pursuant to 18 U.S.C. § 3143(b).  This is not a crime of violence or a controlled substance offense.  Mr. Lervaag is not likely to flee or pose a danger to persons in the community.  He is presently working and paying about $5,000 of restitution per month, and also employing more than 100 Alaskans.

The Ninth Circuit Court of Appeals could find, pursuant to 18 U.S.C. § 3553(a), that no sentence of imprisonment should be imposed.  Therefore, this request is permitted under 18 U.S.C. § 3143(b)(1)(B)(iii).

DATED this 18th day of October 2006.

Respectfully submitted,

s/Sue Ellen Tatter
Assistant Federal Defender
601 West 5th Avenue, Suite 800
Anchorage, AK 99501
Phone:   907-646-3400
Fax:     907-646-3480
E-Mail:  sue_ellen_tatter@fd.org

Certification:
I certify that on October 18, 2006,
a copy of the *Motion for Bail Pending Appeal* was served electronically on:

Karen Loeffler
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

Ronald A. Offert, Esq.
733 West 4th Avenue, Suite 206
Anchorage, AK 99501

and a copy was hand delivered to:

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

s/Sue Ellen Tatter