UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ROBERT WILLIAM LERVAAG (D-1) and RONALD H. FRAZE (D-2),<br><br>　　　　Defendants. | NO. 3:05-cr-00089-01-RRB<br><br>**PROPOSED ORDER GRANTING ROBERT LERVAAG'S MOTION FOR BAIL PENDING APPEAL** |

　　　　After due consideration of Defendant Robert Lervaag's Motion for Bail Pending Appeal, the motion is GRANTED.

　　　　IT IS HEREBY ORDERED that Robert Lervaag is granted bail pending sentence appeal to the Ninth Circuit Court of Appeals pursuant to 18 U. S. C. § 3143(b).

　　　　DATED this ____ day of October 2006.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　RALPH R. BEISTLINE
　　　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE