```
             MINUTES OF THE UNITED STATES DISTRICT COURT
                        DISTRICT OF ALASKA
```

U.S.A. vs.   ROBERT W. LERVAAG   CASE NO.   3:05-CR-00089-02-RRB
Defendant:  X Present      X On Bond

BEFORE THE HONORABLE:           RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:           CAROLINE EDMISTON

UNITED STATES' ATTORNEY:      KAREN LOEFFLER

DEFENDANT'S ATTORNEY:           SUE ELLEN TATTER

U.S.P.O.:                        SCOTT KELLEY

PROCEEDINGS: IMPOSITION OF SENTENCE HELD 10/18/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:04 a.m. court convened.

 X Notice of Appeal form given to defense counsel.

 X Court stated findings/reasons pursuant to sentencing guidelines.

 X Imprisonment for a period of 15 Months.

 X Defendant placed on supervised release for a period of  5 years under the usual terms and conditions with special conditions of supervised release as stated in the judgment.

 X Special Assessment $ 100.00 , due Immediately.

 X Restitution $ 900,000.00 , to be paid to Chugach Development Corporation; restitution is imposed jointly and severally with codefendant Ronald Fraze, 3:05-CR-00089-01-RRB

 X Defendant shall remain on bond and report to the U.S. Marshal for this district as notified by the Probation or Pretrial Services Officer.

 X OTHER: Court and counsel heard re presentence report and restitution amount.  Payment Coupon given to defendant.

At 8:44 a.m. court adjourned.

**OFF RECORD NOTE:** X On motion of the U.S. Attorney, remaining counts 1, 2, 3, 4,   5, 6, 8, 9, 10, 11 & 12 of the Indictment are dismissed.  Court directed Ms. Tatter to set hearing re appeal rights if needed.

DATE:    October 18, 2006      DEPUTY CLERK'S INITIALS:   CE