NELSON P. COHEN
United States Attorney

KAREN L. LOEFFLER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
karen.loeffler@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 3:05-cr-00089-RRB |
| Plaintiff, | ) |
| vs. | ) <u>GOVERNMENT'S OPPOSITION</u> <u>TO DEFENDANT LERVAAG'S</u> |
| ROBERT LERVAAG and RONALD FRAZE, | ) <u>MOTION FOR BAIL PENDING</u> <u>APPEAL</u> |
| Defendants. | ) |

COMES NOW the United States of America, by and through counsel, and opposes defendant Robert Lervaag's motion for bail pending appeal as follows:

I.   Background

Lervaag was convicted, based on his plea of guilty, to one count of Making False Statements to a Financial institution in violation of Title 18, United States

Code, Section 1014. The only disputed issue at sentencing was whether the amount of the loss for purposes of the United States Sentencing Guidelines was $700,000 or $900,000. The court found that the loss was $900,000 as that was the amount that Lervaag's joint venture partner paid the bank to bring the loan at issue into compliance. Based on this decision, the defendant was facing an advisory guideline sentence of 27-33 months for an offense level 18, criminal history category 1.

     After listening to the presentations by the parties at sentencing, the court sentenced Mr. Lervaag to a below guideline sentence of 15 months imprisonment. The court specifically noted that this sentence was appropriate taking into account all of the factors under 18 U.S.S.C. §3553(a) regardless of the dispute over the loss amount. Defendant has now requested bail pending appeal, arguing only that he is not a flight risk or danger to the community. In his motion he identifies no issue that likely cause the appellate court to overturn his sentence.

II.    Argument

     18 U.S.C. §3143(b) governs bail pending appeal by the defendant. While the government acknowledges that defendant may meet his burden of establishing that he is not a danger to the community or a flight risk under §3143(b)(1)(A),

defendant cannot meet his burden of establishing the 3rd requirement set forth in §3143(b)(1)(B).  That clause provides that in order to qualify for release pending appeal, the defendant must also establish:

> that the appeal is not for the purpose of delay and raises s substantial question of law or fact likely to result in–
> (i) reversal, (ii) an order for a new trial, (iii) a sentence that does not include a term of imprisonment, or (iv) a reduced sentence to a term of imprisonment less than the total of the time already served plus the expected duration of the appeal process.

Lervaag does not attempt to identify any specific issue of law or fact that he believes would meet this third criteria.  In his motion, his only statement that could be interpreted to address this requirement is the claim that: "The Ninth Circuit Court of Appeals could find, pursuant to 18 U.S.C. § 3553(a), that no sentence of imprisonment should be imposed."  Guessing at defendant's legal theory, it appears he is claiming that because the courts of appeals have discretion to review sentences for reasonableness, all sentence appeals, except perhaps those subject to a mandatory minimum, now present substantial questions permitting bail pending

appeal. This theory, however, is belied both by the practical review of sentence appeals post-*Booker*. (The government is unaware of a single case in which courts of appeals have found a substantially below guideline sentence to be unreasonably harsh). And by defendant's legal theory, which would write § 3143(b)(1)(B)(iii) out of the statute.

For all of the above reasons the government respectfully requests that this court deny defendant's motion for bail pending appeal.

RESPECTFULLY SUBMITTED this 25th day of October, 2006, at Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/ Karen Loeffler
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: karen.loeffler@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2006
a copy of the foregoing was served electronically on:

Sue Ellen Tatter

s/ Karen Loeffler