Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ROBERT WILLIAM LERVAAG (D-1),<br><br>　　　　Defendants. | NO. 3:05-cr-00089-01-RRB<br><br>**NOTICE OF APPEAL** |

　　　　Notice is hereby given that ROBERT WILLIAM LERVAAG, appeals to the United States Court of Appeals for the Ninth Circuit from the

　　( )　Conviction only (Fed.R.Crim.P. 32(b))

　　( )　Conviction and sentence

　　(**X**)　Sentence only (18 U.S.C. § 3742)

　　Judgment was entered on this action on:  October 18, 2006 (Docket No. 62).

　　Sentence imposed:  October 18, 2006  .

　　Transcript required (yes or no):  Yes  .   If yes, date ordered or to be ordered:  by November 09, 2006  (including arrangements for payment with court recorder).

DATED this 27th day of October 2006.

Respectfully submitted,

s/Sue Ellen Tatter
Assistant Federal Defender
601 West 5th Avenue, Suite 800
Anchorage, AK 99501
Phone:     907-646-3400
Fax:       907-646-3480
E-Mail:    sue_ellen_tatter@fd.org

Certification:
I certify that on October 27, 2006,
a copy of the **Notice of Appeal** was
served electronically on:

Karen Loeffler
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

Ronald A. Offert, Esq.
733 West 4th Avenue, Suite 206
Anchorage, AK 99501

s/Sue Ellen Tatter