IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

ROBERT WILLIAM LERVAAG,

      Defendant.

Case No. 3:05-cr-0089-RRB

**ORDER DENYING BAIL**

     Defendant Lervaag was convicted of a single count of Bank Fraud resulting in losses of well over $900,000.  He occupied a position of trust at the time and carried out his scheme over a 2-year period.  The Court found an offense level 18 and a criminal history category of I.  This resulted in an advisory sentencing range of 27-33 months.  Defendant argued, however, that the offense level should have been a 17, resulting in a sentencing range of 24-30 months.

     The Court gave serious consideration to Defendant's § 3553 arguments and sentenced Defendant to 15 months, which is 12 months below the minimum guideline range argued by Plaintiff and 9 months below the minimum guideline range argued by Defendant.

Either way, it is a lenient sentence for the conduct of conviction. It is highly unlikely that a sentence that was so much lower than the guideline range would be considered unreasonably harsh on appeal. Defendant, therefore, is not entitled to bail release while he appeals the sentence. For these reasons, as well as those set forth by the Government in its opposition memorandum, Defendant's request for bail pending appeal is **DENIED**.

       ENTERED this 31st day of October, 2006.

               s/RALPH R. BEISTLINE
               UNITED STATES DISTRICT JUDGE