UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM
Please Fill Out Completely

RECEIVED
DEC 2 1 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

**CASE INFORMATION:**
Short Case Title: USA v Robert William Lervaag
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.: Ralph R Beistline/ 3:05-cr-0089-01-RRB
Date Complaint/Indictment/Petition Filed: 9/21/2005
Date Appealed Order/Judgment *entered*: 10/18/2006
Date NOA *filed*: 10/27/2006

**06-30639**

Court Reporter(s) Name and Phone Number: Caroline Edmiston (907) 677-6103

Magistrate Judge's Order?  If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid: __          Date Docket Fee billed: __
Date FP granted: _                Date FP denied: __
Is FP pending?  no                Was FP Limited/Revoked?
US Government Appeal?  no
Companion Cases?  Please list: __

Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
Appellate Counsel:            Appellee Counsel:
Sue Ellen Tatter              Karen L. Loeffler
601 W 5th Ave                 222 W. 7th Ave #9
Anchorage, AK 99501           Anchorage, AK 99501
(907) 646-3400                (907) 271-5071

__retained   __CJA   X_FPD   __FPD   __Other   Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: __        Address: __
Custody: __            __
Bail: __

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: __        9th Circuit Docket Number: __

Name and phone number of person completing this form:  Tina J Grothause
                                                       (907) 451-5791