**FILED**

JAN 1 2 2007

CATHY A. CATTERSON
CLERK, U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | No. 06-30639 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-05-00089-RRB |
| v. | District of Alaska, Anchorage |
| ROBERT W. LERVAAG, | ORDER |
| Defendant - Appellant. | |

**RECEIVED**

JAN 1 6 2007

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Before: Peter L. Shaw, Appellate Commissioner

Appellant's motion for voluntary dismissal of this appeal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b); 9th Cir. R. 27-9.1.

The certified copy of this order sent to the district court shall constitute the mandate.

_____
General Order 6.3(e)

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JAN 1 2 2007

by: _____
Deputy Clerk

S:\MOATT\Cmshords\01.07\ahh\06-30639.wpd