# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

 UNITED STATES OF AMERICA   v.   ROBERT W. LERVAAG 

THE HONORABLE RALPH R. BEISTLINE

DEPUTY CLERK                                  CASE NO.  3:05-cr-00089-02RRB 

 CAROLYN BOLLMAN 

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**        DATE: June 15, 2007

     In reviewing the above-referenced file, the court finds it has possession of a passport belonging to defendant Robert W. Lervaag.  Any party wishing to have said item returned to him needs to file a motion to return said item with a proposed order to the Court's consideration on or before Wednesday, August 1, 2007.

[]{IA.WPD*Rev.12/96}