Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ROBERT WILLIAM LERVAAG (D-1) and RONALD H. FRAZE (D-2),<br><br>    Defendants. | NO. 3:05-cr-00089-01-RRB<br><br>**MOTION FOR RETURN OF PROPERTY** |

The defendant, ROBERT WILLIAM LERVAAG (D-1), through counsel, hereby requests the return of his passport.  Mr. Lervaag is in custody, but the defense counsel will return the passport to Mr. Lervaag's wife for safekeeping.

DATED this 19th day of June 2007.

Respectfully submitted,

s/Sue Ellen Tatter
Assistant Federal Defender
601 West 5th Avenue, Suite 800
Anchorage, AK 99501
Phone:      907-646-3400
Fax:          907-646-3480
E-Mail:     sue_ellen_tatter@fd.org

Certification:
I certify that on June 19, 2007,
a copy of the **Motion for Return of Property** was served electronically on:

Karen Loeffler
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567


s/Sue Ellen Tatter