UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT WILLIAM LERVAAG (D-1) and<br>RONALD H. FRAZE (D-2),<br><br>Defendants. | NO. 3:05-cr-00089-01-RRB<br><br>~~PROPOS~~ED ORDER |

After due consideration of Robert Lervaag's Motion for Return of Property, the motion is GRANTED.

IT IS HEREBY ORDERED that the court representative shall deliver the original passport of Robert Lervaag to Sue Ellen Tatter, Assistant Federal Defender, or another representative of the Federal Public Defender's Office.

DATED this 2nd day of July 2007.

_S/RRB_
RALPH R. BEISTLINE
U.S. DISTRICT JUDGE